**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00152-REB-MEH

MDM GROUP ASSOCIATES, INC., a Delaware corporation,

    Plaintiff,

v.

ROGER COLBY, an individual d/b/a Green Orange Villas and GOV Rentals

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is plaintiff's **Motion To Dismiss All Claims Against Defendant Roger Colby, an Individual, d/b/a Green Orange Villas and Gov Rentals** [#19] filed April 8, 2010. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's **Motion To Dismiss All Claims Against Defendant Roger Colby, an Individual, d/b/a Green Orange Villas and Gov Rentals** [#19] filed April 8, 2010, is **GRANTED**;

    2. That the Trial Preparation Conference set for April 16, 2010, is **VACATED**;

    3. That the jury trial set to commence May 3, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 9, 2010, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge